CHARLES BENLOCK *v.* NEW HAVEN TERMINAL/
CILCO TERMINAL ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 48 Conn. App. 250 (AC 17178), is denied.

*Scott Wilson Williams,* in support of the petition.

*Carolyn P. Kelly,* in opposition.

Decided May 7, 1998